NO









NO. 12-09-00280-CV

 

                         IN
THE COURT OF APPEALS

 

            TWELFTH
COURT OF APPEALS DISTRICT

 

                                      TYLER, TEXAS

 

 

ARCHIE R. STEEL AND 

JUDITH M. STEEL,                                          '     APPEAL
FROM THE 

APPELLANTS

 

V.                                                                         '     COUNTY
COURT AT LAW OF 

 

JONATHAN AND AMY STAINS,

APPELLEES                                                      '     SMITH COUNTY,
TEXAS

 





MEMORANDUM
OPINION

PER
CURIAM

Appellants,
Archie R. Steel and Judith M. Steel, have filed a motion to dismiss this
appeal.  In their motion, the Steels state that they have reached a resolution
of this dispute and no longer wish to pursue the appeal.  Because the Steels
have met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the
motion is granted, and the appeal is dismissed.  

Opinion delivered November 12,
2009.

Panel
consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

                                                                    (PUBLISH)